UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIRAN VUPPALA,<br><br>              Plaintiff,<br><br>-against-<br><br>BELMONT GARAGE, L.L.C., d/b/a BELMONT GARAGE, and EAST 46TH REALTY LLC,<br><br>              Defendants. | 1: 25-cv-00545 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

The Complaint was filed on January 18, 2025. Dkt. 1. Summons were issued on January 21, 2025. Dkts. 5, 6. Plaintiff has not filed proof of service with the Court within 90 days as required by Federal Rules of Civil Procedure 4(l) and (m).

It is HEREBY ORDERED that Plaintiff update the Court as to whether and in what manner service has been made by April 25, 2025. Failure to do so may result in the dismissal of this case for failure to prosecute.

Dated: April 21, 2025
       New York, New York

                                        SO ORDERED.

                                        *Jennifer Rochon*
                                        _____
                                        JENNIFER L. ROCHON
                                        United States District Judge