UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIRAN VUPPALA,<br><br>        Plaintiff,<br><br>  -against-<br><br>BELMONT GARAGE, L.L.C. d/b/a BELMONT GARAGE, and EAST 46TH REALTY LLC,<br><br>        Defendants. | 1:25-cv-00545 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

On April 21, 2025, this Court ordered Plaintiff to update the Court as to whether and in what manner service has been made by April 25, 2025. Dkt. 8. The Court warned that failure to do so may result in the dismissal of this case for failure to prosecute. *Id.*

The Court shall, as a courtesy, grant Plaintiff a further extension until May 6, 2025 to update the Court as to whether and in what manner service has been made. Failure to do so shall result in the dismissal of this case for failure to prosecute.

Dated: April 29, 2025
   New York, New York

                   SO ORDERED.

                   *Jennifer Rochon*
                   JENNIFER L. ROCHON
                   United States District Judge