UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIRAN VUPPALA,<br><br>       Plaintiff,<br><br>-against-<br><br>BELMONT GARAGE, L.L.C. d/b/a BELMONT GARAGE, and EAST 46TH REALTY LLC,<br><br>       Defendants. | 25-cv-00545 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

  Plaintiff Kiran Vuppala commenced this action on January 18, 2025. Dkt. 1. Federal Rule of Civil Procedure ("Rule") 4(m) requires Plaintiff to serve Defendants within 90 days of the filing of the Complaint — that is, by April 18, 2025. See Fed. R. Civ. P. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court . . . must dismiss the action without prejudice against that defendant or order that service be made within a specified time.") Plaintiff did not do so. On April 21, 2025, the Court ordered Plaintiff to update the Court as to whether and in what manner service had been made by April 25, 2025, and warned that failure to do so may result in the dismissal of the case for failure to prosecute. Dkt. 8. On April 29, 2025, the Court granted Plaintiff a courtesy extension until May 6, 2025, to update the Court as to whether and in what manner service had been made and warned that failure to do so "shall result in the dismissal of this case for failure to prosecute." Dkt. 9.

  That date has now passed without Plaintiff responding to the Court's Order, filing proof of service on any of the Defendants, or otherwise communicating with the Court. Therefore, this action is dismissed without prejudice for failure to serve in the time required by Rule 4(m).

The Clerk of Court is respectfully directed to close this case.

Dated: May 7, 2025
       New York, New York

                                      SO ORDERED.

                                      *Jennifer Rochon*
                                      JENNIFER L. ROCHON
                                      United States District Judge